IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-243-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.   MARCELLO VARGAS-TORRES,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    The Sentencing Hearing set for February 4, 2010, is **VACATED AND RESET** for **March 5, 2010 at 3:00 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated:  December 15, 2009