IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-243-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.   MARCELLO VARGAS-TORRES,**

        Defendant.

**MINUTE ORDER**
*(Changing Time of Sentencing Hearing)*

Judge John L. Kane **ORDERS**

The time of the Sentencing Hearing set for **March 5, 2010**, is changed from 3:00 p.m. to **11:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated:  February 24, 2010