IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-243-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.    MARCELLO VARGAS-TORRES,**

        Defendant.

---

**MINUTE ORDER**

---

Judge John L. Kane **ORDERS**

    Sentencing in this matter is re-set for **March 18, 2010 at 11:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

---

Dated: March 8, 2010