IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE JOHN L. KANE

_____

| Courtroom Deputy: LaDonne Bush | Date: April 22, 2010 |
| Court Reporter: Gwen Daniel | Probation: Elizabeth Oppenheimer |

_____

Criminal Action No. 08-cr-00243-JLK-1    *Counsel:*

UNITED STATES OF AMERICA,                Robert Brown

    Plaintiff,

v.

1.  MARCELLO VARGAS-TORRES,              Sean M. McDermott

    Defendant.

_____

COURTROOM MINUTES - SENTENCING
_____

10:08 a.m.    Court in session.

> Defendant plead guilty to Count One of the Indictment on October 30, 2009

Defendant is present and in custody.

**ORDERED:** Motion for Relief Pursuant to Proposed Guideline Change and Motion to Continue Sentencing to See Whether Proposed Change Will Take Effect (Doc. 75) is denied.

Discussion regarding Defendant's Combined Objection to Paragraphs 56 and 57 of the Pre-Sentence Report and His Sentencing Statement in Support of a Sentence Different than that Recommended by the United States Probation Department.

**ORDERED:** With regard to Defendant's Combined Objection to Paragraphs 56 and 57 of the Pre-Sentence Report and His Sentencing Statement in Support of a

1

Sentence Different than that Recommended by the United States Probation Department (Doc. 69), Defendant's request for a non-guideline sentence is granted.

Statement by Mr. Brown.

Statement by Mr. McDermott.

Statement by Defendant.

Court's findings.

**ORDERED**: Defendant is committed to the custody of Bureau of Prisons for a term of 48 months.

**ORDERED**: Upon release from imprisonment, defendant shall be placed on supervised release for a period of three years.

**ORDERED**: Conditions of Supervised Release:

- (X) Within 72 hours of release from the custody of the Bureau of Prisons, Defendant shall report in person to the probation office in the district to which Defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.
- (X) Defendant shall comply with standard conditions as adopted by the court.
- (X) Defendant shall not unlawfully possess a controlled substance.
- (X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**SPECIAL CONDITIONS** of Supervised Release:

- (X) If deported, Defendant shall not return to the United States illegally. If Defendant re-enters the United States legally, Defendant shall report to the nearest U.S. Probation Office within 72 hours of his return.

Court recommends that if Defendant reenters this country illegally, and he is apprehended and charged, he will receive the maximum sentence provided by law and that the sentence be consecutive to the imprisonment for violation of the terms and conditions of supervised release in this particular sentence.

**ORDERED:** Defendant shall pay a special assessment of $100 which is due and payable immediately.

**ORDERED:** The fine is waived because Defendant has no ability to pay a fine.

Defendant is advised of his right to appeal the sentence.

Defendant is remanded to the custody of the U. S. Marshal.

10:48 a.m.    Court in recess.

Hearing concluded.
Time: 00:40